# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

LEANNA MARIE AQUINO,                            **Civil File No. 08-CV-2414-KHV/JPO**

      Plaintiff,

vs.                                                                     **ORDER**

OXFORD COLLECTION AGENCY, INC.,

      Defendant.

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                  **BY THE COURT**

Dated: November 5, 2008            s/ Kathryn H. Vratil
                                        Kathryn H. Vratil
                                        Judge of United States District Court